# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eric L. Tolbert ,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:09CV382

FNU Stevenson , et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 5, 2009 Order.

Signed: October 5, 2009

Frank G. Johns, Clerk
United States District Court