# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eric L. Tolbert,

    Plaintiff(s),

vs.

FNU Stevenson, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-382-GCM

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 22, 2012 Order.

Signed: August 22, 2012

Frank G. Johns, Clerk
United States District Court